# EXHIBIT D


































# OVER THE DOOR MIRROR INSTRUCTIONS
## 47808/03770

This mirror can be hung over a door using the included brackets or hung on a wall (wall mounting hardware not included).

Thank you for your purchase of the Huntington Home Over the Door Mirror. Please check that the parts listed below aren't missing or damaged and that they are in good working order. Please confirm that the D-rings on the back of the mirror are secured tightly to the mirror frame before using this product. If you have any concerns with any of the parts received or if anything is missing, please call our toll free at 1-800-599-8898 or email us at support@tdcusainc.com. We will be happy to replace any missing or damaged parts at no charge. In order to best serve you, please have this instruction sheet and your sale receipt on-hand when calling.


Door Mirror


Brackets


Check that the D-rings are secure on the back of the mirror

### HANGING THE MIRROR OVER A DOOR INSTRUCTIONS:

1. Remove all protective packaging from mirror and brackets.

2. Place the brackets over the door you would like to hang the mirror from. There should be around 13.5" spacing between both brackets. Adjust as needed.

3. Place the mirror on one of the five sets of hooks on the brackets using the D-rings on the back of the mirror. Adjust accordingly to find your desired height.

### WALL MOUNTING THE MIRROR:

This full length mirror can be mounted to most wall surfaces with the D-rings located on back of the mirror. Wall mounting hardware is not included. Please keep in mind the material your wall is made of before proceeding in mounting this product to avoid damaging the mirror or the wall surface. Seek advise from professionals as needed. The actual dimensions for this full length mirror are 15.28" x 50.71" x 0.75", and weights 6 lbs.