# EXHIBIT E

# Claim Chart

**Infringement of U.S. Patent No. 10,959,546 by Huntington Home® Over-The-Door Mirror**

| CLAIM 1 OF U.S. PATENT 10,959,546 | HUNTINGTON HOME® OVER-THE-DOOR MIRROR |
|---|---|
| An over-the-door hanging apparatus comprising: |  |

| a mirror apparatus comprising a rear surface and a vertical centerline; |  |

| a first mounting element located on the rear surface of the mirror apparatus on a first side of the vertical centerline; a second mounting element located on the rear surface of the mirror apparatus on a second side of the vertical centerline; |  |

| a first elongate member comprising a first bracket for engaging a top edge of a door, a first hook, and a second hook; |  |

| a second elongate member comprising a second bracket for engaging the top edge of the door, a first hook, and a second hook; |  |
|---|---|

the mirror apparatus slidably mounted to the first elongate member through slidable mating between the first mounting element on the rear surface of the mirror apparatus and one of the first and second hooks of the first elongate member; and



the mirror apparatus slidably mounted to the second elongate member through slidable mating between the second mounting element on the rear surface of the mirror apparatus and one of the first and second hooks of the second elongate member.



| CLAIM 11 OF U.S. PATENT 10,959,546 | HUNTINGTON HOME® OVER-THE-DOOR MIRROR |
|---|---|
| An over-the-door hanging apparatus comprising: |  |
| a mirror apparatus comprising a rear surface; | |

| | |
|---|---|
| a first mounting element and a second mounting element located on the rear surface of the mirror apparatus on opposite sides of a vertical centerline of the mirror apparatus; |  |
| a first elongate member comprising a first bracket for engaging a top edge of a door, a first hook, and a second hook; | |

| a second elongate member comprising a second bracket for engaging the top edge of the door, a first hook, and a second hook; and |  |
| --- | --- |

wherein the mirror apparatus is alterable between: (1) being slidably mounted to the first and second elongate members at a first height by slidable mating between the first hook of the first elongate member and the first mounting element and slidable mating between the first hook of the second elongate member and the second mounting element; and (2) being slidably mounted to the first and second elongate members at a second height by slidable mating between the second hook of the first elongate member and the first mounting element and slidable mating between the second hook of the second elongate member and the second mounting element.



# Claim Chart

**Infringement of U.S. Patent No. 11,033,125 by Huntington Home® Over-The-Door Mirror**

| CLAIM 1 OF U.S. PATENT 11,033,125 | HUNTINGTON HOME® OVER-THE-DOOR MIRROR |
|---|---|
| An over-the-door hanging apparatus comprising: |  |
| a support structure comprising a rear surface; a mirror coupled to the support structure; |  |

| | |
|---|---|
| a first D-ring coupled to the rear surface of the support structure on a first side of a vertical centerline of the support structure; |  |
| a second D-ring coupled to the rear surface of the support structure on a second side of the vertical centerline of the support structure that is opposite the first side of the vertical centerline of the support structure; | |

**First D-Ring**

**Vertical Centerline**

**First D-ring**

**Second D-ring**

**Rear Surface**

| a first elongate member comprising a first mounting element for coupling the first elongate member to the support structure and a first bracket for engaging a top edge of a door; |  |
| a second elongate member comprising a first mounting element for coupling the second elongate member to the support structure and a second bracket for engaging the top edge of the door; and | |

First Elongate Member

First Bracket

First Mounting Element

Support Structure

Second Elongate Member

Second Bracket

First Mounting Element

Support Structure

the support structure slidably mounted to the first and second elongate members through mating between (1) the first D-ring and the first mounting element of the first elongate member; and (2) the second D-ring and the first mounting element of the second elongate member; and



wherein the first and second D-rings are the only components coupled to the rear surface of the support structure for slidably mounting the support structure to the first and second elongate members.



First D-ring

Second D-ring

Rear Surface of Support Structure

| CLAIM 3 OF U.S. PATENT 11,033,125 | HUNTINGTON HOME® OVER-THE-DOOR MIRROR |
|---|---|
| The over-the-door hanging apparatus according to claim 1 further comprising: |  |
| a first plate member coupled to the rear surface of the support structure by a first pair of screws, |  |

| | |
|---|---|
| the first D-ring being pivotably coupled to the first plate member; and |  First D-ring<br><br>First Plate Member |
| a second plate member coupled to the rear surface of the support structure by a second pair of screws, | Second Plate Member<br><br>Second Pair of Screws<br><br>Rear Surface |
| the second D-ring being pivotably coupled to the second plate member. | Second D-Ring<br><br>Second Plate Member |

| CLAIM 4 OF U.S. PATENT 11,033,125 | HUNTINGTON HOME® OVER-THE-DOOR MIRROR |
|---|---|
| The over-the-door hanging apparatus according to claim 3 |  |
| wherein the support structure comprises a top edge, |  |

| | |
|---|---|
| wherein the first plate member comprises a bottom edge and a top edge, |  |
| the top edge of the first plate member located closer to the top edge of the support structure than the bottom edge of the first plate member, | |

| the first D-ring being pivotably coupled to the first plate member at or adjacent to the top edge of the first plate member so that the first D-ring extends between the top edge of the first plate member and the top edge of the support structure, and | |
|---|---|
| wherein the second plate member comprises a bottom edge and a top edge, | |



| | |
|---|---|
| the top edge of the second plate member located closer to the top edge of the support structure than the bottom edge of the second plate member, |  |
| the second D-ring being pivotably coupled to the second plate member at or adjacent to the top edge of the second plate member so that the second D-ring extends between the top edge of the second plate member and the top edge of the support structure. | |